UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| SCOTTIE D. BOWIE | CIVIL ACTION |
|---|---|
| VERSUS | NO. 16-17559 |
| LAWRENCE SAMANIE, ET AL. | SECTION: "A"(1) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims against Lawrence Samanie, Joy T. Chaisson, and Kristie Bolden are **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's claims against Mitchel Fitch and Robert Taylor are **STAYED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mark this action **CLOSED** for statistical purposes.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction over the stayed claims and that the case will be restored to the trial docket upon plaintiff's motion once his criminal proceedings are concluded, so that the claims may proceed to final disposition.

New Orleans, Louisiana, this <u>11th</u> day of <u>     April     </u>, 2017.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE